# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NASSER MAZYAD ABDULLAH AL-SUBAIY,
Detainee, Guantánamo Bay Naval Station
Guantánamo Bay, Cuba;

ABDULLAH MAZYAD AL-SUBAIY,
as Next Friend of Nasser Mazyad Abdullah
Al-Subaiy;

Petitioners/Plaintiffs,

v.

GEORGE W. BUSH,
President of the United States
The White House
1600 Pennsylvania Ave., N.W.
Washington, D.C. 20500;

DONALD RUMSFELD,
Secretary, United States
Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000;

ARMY BRIGADIER GEN. JAY HOOD,
Commander, Joint Task Force - GTMO
JTF-GTMO
APO AE 09630; and

ARMY COLONEL MIKE BUMGARNER, Commander, Joint
Detention Operations Group – JTF-GTMO,
JTF-GTMO
APO AE 09360,

Respondents/Defendants.

**AFFIDAVIT OF JULIA TARVER**


05 1453

FILED

JUL 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATE OF NEW YORK     )
                      )    ss.
COUNTY OF NEW YORK    )

        JULIA TARVER, being sworn, says:

1. I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Petitioner Nasser Mazyad Abdullah Al-Subaiy in the above-referenced action. I make this Affidavit in support of his Petition for a Writ of Habeas Corpus.

2. Attached hereto as Exhibit A is what I believe to be a true and correct copy of the Affidavit of Abdullah Mazyad Al-Subaiy.

3. Attached hereto as Exhibit B is what I believe to be a true and correct copy of the Executive Order of November 13, 2001.

                                                                  Julia Tarver, Esq.

Sworn to before me this
22 day of July, 2005

_____
Notary Public

SANDRA GOLDBERG
Notary Public, State of New York
No. 01GO6117033
Qualified in New York County
Commission Expires October 12, 2006