## Authorization

Date: ٢٠٠٥/٥/١

عبدالله مزيد عبدالله السبيعي — AL-SUBAIY

My name is **ABDULLAH MAZYAD**. I am acting as next friend for my **BROTHER**, whose name is **NASSER MAZYAD-AL-SUBAIY** a citizen of **SAUDI**, who is being held in Guantánamo Bay.

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _[signature]_

Print Name: **ABDULLAH MAZYAD ALSUBAIY**

عبدالله مزيد السبيعي

Witnessed by: _[signature]_

Print Name: **SONYA S. TAHER**

05 1453

**FILED**

JUL 22 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

13. ~~Nasser~~ is not guilty- he has told us in his letters that the Americans know this too.

14. We are all in shock. Nasser's wife is depressed. She has no-one to support her financially - I and our family have been looking after her since he has been detained. His daughter is always asking about her father. We haven't told her the truth, and have to pretend that he is still away on travels. We have not been able to tell my mother the truth yet because she would not be able to handle it. She has already lost a husband, and if she knew that her son is in the prison that she sees on television, she will be destroyed.

15. I know that Nasser bin Mazeed bin Abdullah Al Suba'iy would want me to take any and all steps necessary and available to secure him with legal assistance and vindicate his legal rights.

16. I hereby authorize Michael Ratner and the *Center for Constitutional Rights*, as well as Clive Stafford Smith and *Justice In Exile*, and any person assigned by these lawyers, to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available.

I have gone over this statement and understand what it is that I am signing, and verify that this is true and accurate to the best of my information and belief. I make this statement under the penalties of perjury, in Bahrain, this ___ day of July, 2004.

Signature: _____

Print Name: ABDULLAH M. AL-SABA I/

Witnessed by:

_____

Print Name:

2

## AFFIDAVIT OF Abdullah bin Mazeed bin Abdullah Al Suba'iy

I, ~~Nasser~~ *Abdullah* Mazeed Abdullah Al Suba'iy, of, PO Box 10670, Jubail Industrial City, Al-Jubail, Al-Dammam St, Kingdom of Saudi Arabia, being sworn, state as follows:

1. I am the brother of Nasser Mazeed Abdullah Al Suba'iy.

2. I am Nasser's older brother. I have been married for ~~six~~ *23* years and have eight children. I am self-employed in the service sector.

3. ~~Nasser~~ Mazeed Abdullah Al Suba'iy is a citizen of Saudi Arabia. He was born on 15/07/1969.

4. ~~Nasser~~ was a soft spoken child. He was quiet, and didn't take much of an interest in school. He stopped attending school after the eleventh grade, and joined me in the business. He worked hard and then went on to establish his own business. He loved however, to spend time in the desert. Nasser was his mother's favorite- he would help her out however he could; domestic chores, giving her a lift when she needed to go to the shops- he was even happy to drive her all the way to Kuwait to visit her relatives that lived there.

5. What did Nasser like to do? We had a tradition of going to the desert in the spring with a big group of friends to camp out in the season where the rain falls and the grass grows. This is what he loved to do.

6. ~~Nasser~~ has been married for about seven years; he has a daughter who is now six years old called Maria. He loves her so much, and he's a very good father.

7. ~~Nasser~~ was not particularly religious- he was a moderate, with an average amount of interest in it.

8. ~~Nasser~~ went traveling a few months before September the 11th of that year.

9. We received a phone call from him, and he told us that he was okay and everything was fine. We never spoke to him since.

10. We received letters Nasser had written through the Red Crescent saying that he had been seized.

11. When we heard that Nasser was in Guantanamo we went to the government and asked them to help us, and were told that they would help us. A meeting was held between the families of detainees and some lawyers, but nothing further came of it.

12. In the beginning, we'd get a letter from Nasser on average every two months. Then we didn't hear from him for nine months. Only two weeks ago another letter came that had been written two months ago. In his letters he has told us again and again that the Americans have said that they know he is innocent, and will be sending him home soon.

1