IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NASSER MAZYAD ABDULLAH AL-SUBAIY,
Detainee, Guantánamo Bay Naval Station
Guantánamo Bay, Cuba;

ABDULLAH MAZYAD AL- SUBAIY,
as Next Friend of Nasser Mazyad Abdullah
Al-Subaiy

           Petitioners/Plaintiffs,

v.

GEORGE W. BUSH,
President of the United States
The White House
1600 Pennsylvania Ave., N.W. Washington,
D.C. 20500;

DONALD RUMSFELD,
Secretary, United States
Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000;

ARMY BRIGADIER GEN. JAY HOOD,
Commander, Joint Task Force – GTMO
JTF-GTMO
APO AE 09360; and

ARMY COLONEL Mike Bumgarner,
Commander, Joint Detention Operations
Group
JTF-GTMO
APO AE 09360,

Respondents/Defendants.

CASE NUMBER   1:05CV01453

JUDGE: Gladys Kessler

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 07/22/2005

**PETITIONERS' UNOPPOSED MOTION FOR ENTRY OF THE PROTECTIVE ORDER**

No. _____

3

Petitioner Nasser Mazyad Abdullah Al-Subaiy, acting through his Next Friend, Abdullah Mazyad Al-Subaiy, respectfully moves this Court for an Order that the following Orders, first entered by Judge Green in the *In re Guantánamo Bay Detainee Cases* (collectively, "Protective Order") shall apply to this case:

> (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba ("Guantánamo"), first issued by Judge Green on November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)) (attached as Exhibit A to the accompanying Affidavit of Julia L. Tarver, Esq. ("Tarver Aff."));

> (2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004 (attached as Exhibit B to the Tarver Aff.); and

> (3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004 (attached as Exhibit C to the Tarver Aff.) in the *In re Guantánamo Bay Detainee Cases*.

Pursuant to Department of Defense and Department of Justice procedures, in order for undersigned counsel to meet with Mr. Al-Subaiy, the Protective Order must first be entered in this case. Undersigned counsel leave for Guantánamo on July 25th to

meet with Mr. Al-Subaiy and their other clients. Accordingly, Petitioners respectfully request that the Protective Order be entered in the instant case forthwith.

Pursuant to Local Civil Rule 7(m), counsel for Petitioners conferred with counsel for Respondents regarding the relief sought in this motion. Respondents consent to the application of the Protective Order in the instant *habeas* proceeding.

WHEREFORE, for the above-stated reasons and for any other reason that may become known to the Court, Petitioners respectfully request that the Protective Order apply to this case.

Dated: New York, New York
July 22, 2005

                                Respectfully submitted,

                                **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

                                By: _/s/ Julia Tarver_
                                Julia Tarver (NY0029)
                                Andrea J. Prasow
                                Jennifer Ching

                                1285 Avenue of the Americas
                                New York, New York 10019-6064
                                (212) 373-3000

                                Counsel for Petitioners