# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NASSER MAZYAD ABDULLAH AL-
SUBAIY,
Detainee, Guantánamo Bay Naval Station
Guantánamo Bay, Cuba;

ABDULLAH MAZYAD AL-SUBAIY,
as Next Friend of Nasser Mazyad Abdullah
Al-Subaiy;


              Petitioners/Plaintiffs,

                  v.

GEORGE W. BUSH,
President of the United States
The White House
1600 Pennsylvania Ave., N.W.            **AFFIDAVIT OF JULIA TARVER**
Washington, D.C. 20500;

DONALD RUMSFELD,
Secretary, United States
Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000;

ARMY BRIGADIER GEN. JAY HOOD,
Commander, Joint Task Force - GTMO
JTF-GTMO
APO AE 09630; and

ARMY COLONEL MIKE
BUMGARNER, Commander, Joint
Detention Operations Group – JTF-GTMO,
JTF-GTMO
APO AE 09360,

              Respondents/Defendants.

05 1453

FILED

JUL 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATE OF NEW YORK    )
                     )    ss.
COUNTY OF NEW YORK   )

       JULIA TARVER, being sworn, says:

       1.    I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Petitioners Nasser Mazyad Al-Subaiy and Abdullah in the above-referenced action. I make this Affidavit in support of his Petition for a Writ of Habeas Corpus.

       2.    Attached hereto as Exhibit A is what I believe to be a true and correct copy of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba ("Guantánamo"), first issued on November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)).

       3.    Attached hereto as Exhibit B is what I believe to be a true and correct copy of the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004.

4.    Attached hereto as Exhibit C is what I believe to be a true and correct copy of the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004..

Julia Tarver, Esq.

Sworn to before me this
22 day of July, 2005

Notary Public

SANDRA GOLDBERG
Notary Public, State of New York
No. 01GO6117033
Qualified in New York County
Commission Expires October 12, 2008