UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NASSER MAZYAD ABDULLAH AL-SUBAIY**, *et al.*, | : : : | |
| Petitioners/Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-1453 (GK) |
| **GEORGE W. BUSH**, *et al.*, | : : | |
| Defendants. | : : | |

## **ORDER**

Upon consideration of the unopposed motion for entry of Protective Order, it is this 26th day of July, 2005, hereby

**ORDERED**, that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Navy Base in Guantanamo Bay, Cuba, first issued on November 8, 2004 (344 F. Supp.2d 174 (D.D.C. 2004)); the Order Supplementing and Amending Filing Procedures Contained In November 8, 2004 Amended Order, first issued on December 13, 2004, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in the *In re Guantanamo Bay Detainee Cases*, shall apply in this case.

**IT IS SO ORDERED**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**