IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER MAZYAD ABDULLAH AL-SUBAIY, *et al.,* | ) ) ) |
| Petitioners, | ) ) ) |
| v. | ) Civil Action No. 05-CV-1453 (GK) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) ) |
| Respondents. | ) ) |

**(PROPOSED) ORDER**

Having considered Respondents' Motion to Stay Proceedings Pending Related Appeals

and for Continued Coordination, the oppositions filed thereto, and any reply, as well as the entire

record in this case, and it appearing that good cause exists for granting the motion, it is hereby

ORDERED that the above-captioned case is stayed pending resolution of all appeals in

Khalid v. Bush, Boumediene v. Bush, Nos. 04-CV-1142 (RJL), 04-CV-1166 (RJL), 355 F. Supp.

2d 311 (D.D.C. 2005), appeals docketed, Nos. 05-5062, 05-5063 (D.C. Cir. Mar. 2, 2005), and In

re Guantanamo Detainee Cases, No. 02-CV-0299, et al., 355 F. Supp. 2d 443 (D.D.C. 2005),

appeal on petition for interlocutory appeal, No. 05-5064 (D.C. Cir. Mar. 10, 2005).

IT IS SO ORDERED.

DATED: _____        _____
                                                        United States District Judge