## Certificate of Service

I, Sandra Goldberg, hereby certify that on July 25, 2005, I caused to be served a true and correct copy of the foregoing PETITION FOR WRIT OF HABEAS CORPUS, PETITIONERS' UNOPPOSED MOTION FOR THE ENTRY OF PROTECTIVE ORDER, and the accompanying supportive AFFIDAVITS OF JULIA TARVER, ESQ., and the certifications pursuant to L. Civ. R. 83.2(g), on each of the Respondents as follows:

*By hand delivery to:*
Kenneth L. Wainstein
United States Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20530

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.
Room 5111
Washington, D.C. 20530

*By Certified Mail, Return Receipt Requested to:*
George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

Donald Rumsfeld
Secretary, United States Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

*By Regular Mail:*

Army Brigadier General Jay Hood
Commander, Joint Task Force - GTMO
JTF-GTMO
APO AE 09630

Army Colonel Mike Bumgarner
Commander, Joint Detention Operations Group – JTF-GTMO
JTF-GTMO
APO AE 09360

_____
Sandra Goldberg