IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER MAZYAD ABDULLAH AL-SUBAIY, *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents/Defendants. | Civil Action No. 05-1453 (GK)<br><br><br>NOTICE OF FILING |

NOTICE is hereby given that, pursuant to the protective orders entered herein by the Court's Order of July 26, 2005 (dkt. no. 4), Petitioners on this date have filed with the Court Security Office Petitioner's Opposition to Respondents' Objection to Petitioners' Related Case Designation, for review for suitability for public filing.

Dated: New York, New York
       August 9, 2005

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
       GARRISON LLP

By: _____/s/_____
       Julia Tarver (NY0029)
       Jennifer Ching
       Andrea J. Prasow

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000