*PREVIOUSLY FILED WITH THE CSO*
*AND CLEARED FOR PUBLIC FILING*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NASSER MAZYAD ABDULLAH AL-SUBAIY**, *et al.*, <br><br> **Petitioners/Plaintiffs,** <br><br> v. <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> **Respondents/Defendants.** | Civil Action No. 05-1453 (GK) |

### PETITIONERS' OPPOSITION TO RESPONDENTS' OBJECTION TO PETITIONERS' RELATED CASE DESIGNATION

Petitioners respectfully submit the within memorandum in response to Respondents' improper opposition to Petitioners' related case designation.

Contrary to Respondents' claim, the designation of the instant case as related to *Al Joudi, et al.* v. *Bush, et al.*, No. 05-CV-0301 (GK), also pending before this Court, is neither potentially misleading nor inappropriate. As set forth in the accompanying Declaration of Andrea J. Prasow, executed on August 9, 2005, the instant case was designated related to the *Al Joudi* action in a manner consistent with instructions by the Clerk of the Court. The designation was in compliance with Local Rule 405(b)(2). Thus, the assignment of the instant action to this Court should not be disturbed.

Petitioners note that Respondents' opposition requests that the *habeas* petitions filed by detainees at Guantánamo continue to proceed in a "coordinated fashion." Counsel for Petitioners are aware of no such coordination, and have not consented to any coordination with other cases brought by petitioners not represented by undersigned counsel. Should Respondents make a motion before this Court requesting "coordination," Petitioners will respond to it at the appropriate time.

Dated: New York, New York
       August 9, 2005

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**

By:

_____/s/_____

       Julia Tarver (NY0029)
       Jennifer Ching
       Andrea J. Prasow

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Counsel for Petitioners*