*PREVIOUSLY FILED WITH THE CSO*
*AND CLEARED FOR PUBLIC FILING*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER MAZYAD ABDULLAH AL-SUBAIY, *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br><br><br><br> GEORGE W. BUSH, *et al.*, <br><br> **Respondents/Defendants.** | Civil Action No. 05-1453 (GK) <br><br><br> DECLARATION OF ANDREA J. PRASOW IN SUPPORT OF PETITIONERS' OPPOSITION TO RESPONDENTS' OBJECTION TO PETITIONERS' RELATED CASE DESIGNATION |

I, Andrea J. Prasow, declare that the following statements are true to the best of my knowledge, information, and belief:

1. I am associated with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Petitioners Nasser Mazyad Abdullah Al-Subaiy and Abdullah Mazyad Al-Subaiy in the above-referenced action. I submit this Declaration in support of Petitioners' Opposition to Respondents' Objection to Petitioners' Related Case Designation.

2. Counsel for Petitioners are counsel of record in two other *habeas* proceedings brought on behalf of ten other detainees of Saudi Arabian nationality at Guantánamo Bay – *Al Joudi, et al. v. Bush, et al.*, No. 05-CV-0301(GK) and *Al-Oshan, et al. v. Bush, et al.*, No. 05-CV-0520(RMU).

3. On February 9, 2005, when counsel for Petitioners initiated the *Al Joudi* action by filing a Petition for Writs of Habeas Corpus, they completed a Related Case

Form as required by Local Rule 405(b)(2). A true and correct copy of the Related Case Form in *Al Joudi* is attached hereto as Exhibit A. That form listed all known pending cases brought by Guantánamo detainees. Upon attempting to file the form, counsel were informed by the Clerk of the Court that they should choose only one related case, which counsel did.

4. In order to comply with the Clerk's earlier instructions, when counsel filed the Petition for Writs of Habeas Corpus *Al-Oshan* on March 14, 2005, counsel listed only *Al Joudi* as a related case. A true and correct copy of the Related Case Form in *Al-Oshan* is attached hereto as Exhibit B. *Al-Oshan* was originally assigned to this Court, and then was transferred and reassigned to Judge Urbina.

5. Upon filing the instant action, counsel for Petitioners completed a Related Case Form that listed both *Al-Joudi* and *Al-Oshan* as related because the proceedings involve common issues of facts and events. In addition, petitioners in all actions are represented by the same counsel. Upon attempting to file the Related Case Form, Counsel for Petitioners were informed by the Clerk that only one related case could be so designated. Thus, Counsel for Petitioners designated *Al-Joudi*, the earliest-filed of the two related cases.

6. I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of August 2005
New York, New York

/s/
Andrea J. Prasow

# EXHIBIT A

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
CO-932
FEB 4 99 2005

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER  1:05CV00201

JUDGE: James Robertson

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 02/09/2005

**NOTICE TO PARTIES:**

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form related to any pending cases or which involves the same parties and relates to the same subject matter. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff, defendant or counsel must complete the following:

I.   **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

   A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

   [ ]   (a)   relates to common property

   [X]   (b)   involves common issues of fact

   [X]   (c)   grows out of the same event or transaction

   [ ]   (d)   involves the validity or infringement of the same patent

   [ ]   (e)   is filed by the same pro se litigant

2.   **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

   A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

   Check box if new case is related to a dismissed case: [ ]

3.   NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
   _____

4.   CAPTION AND CASE NUMBER OF RELATED CASE(ES). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

   Khaled Ben Mustapha _____ v. _____ Bush _____ C.A. No. 05-22 (JR)

   2/8/05
   DATE         Signature of Plaintiff /Defendant (or counsel)

Other Related Cases are those cases that have been consolidated and referred to Judge Joyce Hens Green. These cases are called the *In re Guantanamo Detainee Cases*. They include the *Mustapha* case referenced above, and the following individual cases:

| Related Case Name | Case No. |
|---|---|
| *Rasul* v. *Bush* | 02-00299 (CKK) |
| *Al-Odah* v. *U.S.A.* | 02-0828 (CKK) |
| *Habib* v. *Bush* | 02-1130 (CKK) |
| *Kurnaz* v. *Bush* | 04-1135 (ESH) |
| *Begg* v. *Bush* | 04-1137 (RMC) |
| *El-Banna* v. *Bush* | 04-1144 (RWR) |
| *Khadr* v. *Bush* | 04-1163 (JDB) |
| *Gherebi* v. *Bush* | 04-1164 (RBW) |
| *Anam* v. *Bush* | 04-1194 (HHK) |
| *Almurbati* v. *Bush* | 04-1227 (RBW) |
| *Abdah* v. *Bush* | 04-1254 (HHK) |
| *Belmar* v. *Bush* | 04-1897 (RMC) |
| *Al Qosi* v. *Bush* | 04-1937 (PLF) |
| *Paracha* v. *Bush* | 04-2022 (PLF) |
| *Al-Marri* v. *Bush* | 04-2035 (GK) |
| *Zemiri* v. *Bush* | 04-2046 (CKK) |
| *Deghayes* v. *Bush* | 04-2215 (RMC) |
| *Abdullah* v. *Bush* | 05-23 (RWR) |

An additional Related Case that has not yet been transferred to Judge Green is *El-Mashad* v. *Bush*, 05-270 (JR).

# EXHIBIT B

CLERK'S OFFICE  CO-932
UNITED STATES DISTRICT COURT  Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

1. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

   A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

   [ ]  (a)  relates to common property

   [x]  (b)  involves common issues of fact

   [x]  (c)  grows out of the same event or transaction

   [ ]  (d)  involves the validity or infringement of the same patent

   [ ]  (e)  is filed by the same pro se litigant

2. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

   A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

   Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT): _____

4. CAPTION AND CASE NUMBER OF RELATED CASE(S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

   Al Joudi, et al.  v. Bush, et al.  C.A. No. 05-301 (GK)

   3/13/05          /s/ Julia Tarver
   DATE             Signature of Plaintiff/Defendant (or counsel)