*PREVIOUSLY FILED WITH THE CSO*
*AND CLEARED FOR PUBLIC FILING*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER MAZYAD ABDULLAH AL-SUBAIY, *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents/Defendants. | Civil Action No. 05-1453 (GK)<br><br>CERTIFICATION OF<br>JENNIFER CHING |

I, JENNIFER CHING, of full age, hereby certify:

1. I am an associate with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Petitioner Nasser Mazyad Abdullah Al-Subaiy in the above-referenced action.

2. Attached hereto as Exhibit A is what I believe to be a true and correct copy of an article authored by Josh Wright and Robin Wright, entitled *Afghanistan Agrees to Accept Detainees*, and published in the *Washington Post* on August 5, 2005.

3. Attached hereto as Exhibit B is what I believe to be a true and correct copy of an article authored by Neil A. Lewis, entitled *Detention Site is Being Transformed, U.S. Says*, and published in the *New York Times* on August 6, 2005.

4.

_____
Jennifer Ching, Esq.

Dated: August 9, 2005

# EXHIBIT A

Case 1:05-cv-01453-RMU   Document 11-2   Filed 08/09/2005   Page 2 of 8

washingtonpost.com
# Afghanistan Agrees To Accept Detainees
U.S. Negotiating Guantanamo Transfers

By Josh White and Robin Wright
Washington Post Staff Writers
Friday, August 5, 2005; A01

The Bush administration is negotiating the transfer of nearly 70 percent of the detainees at the U.S. detention facility in Guantanamo Bay, Cuba, to three countries as part of a plan, officials said, to share the burden of keeping suspected terrorists behind bars.


Advertisement
The Smart Money

U.S. officials announced yesterday that they have reached an agreement with the government of Afghanistan to transfer most of its nationals to Kabul's "exclusive" control and custody. There are 110 Afghan detainees at Guantanamo and 350 more at the Bagram airfield near Kabul. Their transfers could begin in the next six months.

Pierre-Richard Prosper, ambassador at large for war crimes, who led a U.S. delegation to the Middle East this week, said similar agreements are being pursued with Saudi Arabia and Yemen, whose nationals make up a significant percentage of the Guantanamo population. Prosper held talks in Saudi Arabia on Sunday and Monday, but negotiations were cut off after the announcement of King Fahd's death.

The decision to move more than 20 percent of the detainees at Guantanamo to Afghanistan and to largely clear out the detention center at Bagram is part of a broader plan to significantly reduce the population of "enemy combatants" in U.S. custody. Senior U.S. officials said yesterday's agreement is the first major step toward whittling down the Guantanamo population to a core group of people the United States expects to hold indefinitely.

"This is not an effort to shut down Guantanamo. Rather, the arrangement we have reached with the government of Afghanistan is the latest step in what has long been our policy -- that we need to keep dangerous enemy combatants off the battlefield," Matthew Waxman, deputy assistant secretary of defense for detainee affairs, said shortly after leaving Kabul with Prosper. "We, the U.S., don't want to be the world's jailer. We think a more prudent course is to shift that burden onto our coalition partners."

The negotiations come amid intense international and domestic pressure on U.S. detention operations, with allegations of mistreatment and abuse as well as concern that detainees have been held for years without being prosecuted for their alleged crimes. Legal problems have also plagued the prosecutorial process at Guantanamo, which has been blocked for months as detainees' attorneys present challenges in U.S. federal courts.

"The Guantanamo issue is clearly a liability for the Bush administration, and emptying it has become a priority," said John Sifton, a specialist on Afghanistan and detainee issues at Human Rights Watch, an international monitoring group. "It's not a victory for human rights if a whole set of people deprived of their liberty are then moved to another place and continued to be deprived of their liberty unlawfully."

The agreement with Afghanistan is the largest of its kind so far. Prosper said yesterday that the U.S.

government is working to send 129 Saudis and 107 Yemenis from Guantanamo to the custody of their home countries. If the U.S. government is able to arrange the transfer of detainees who came from all three countries, the population at the U.S. facility will drop by 68 percent, from 510 to 164.

Because the United States could hold on to those detainees who are considered by officials to pose the greatest terrorist threat, the numbers could change slightly. Negotiations depend on the cooperation of the other nations.

"We're now engaging the countries with the largest populations, so we expect to see the largest potential movement from Guantanamo," Prosper said in an interview from Dubai. "So if we can reach an understanding with these countries that will allow us to return them with the greatest assurances, then this will be the biggest movement yet out of Guantanamo."

Prosper and Waxman said that before such transfers can occur, the detainees' home countries must commit to taking steps that will prevent enemy combatants from re-engaging in hostile activity, and commit to treating the detainees humanely.

A major obstacle to the transfer of detainees to Afghanistan is infrastructure. U.S. officials have agreed to help Afghanistan build an appropriate prison and to train its guards.

One possible interim solution under consideration is that Afghan detainees at Guantanamo could be transferred to Bagram until permanent facilities are built. Prosper said such facilities could allow a gradual transfer over the next six months.

The United States considers all the remaining detainees to be medium- or high-risk and therefore not eligible for release once handed over, as has happened with about 70 detainees released earlier to about a dozen countries.

Over the past year, U.S. military authorities have released several dozen Afghans that have been determined as not posing a threat. But President Hamid Karzai has repeatedly called on the United States to hand over all Afghan citizens. He raised the issue during a meeting with President Bush in May.

"I don't expect it will be too long before the actual transfer of detainees will start. It should be a matter of months to build the facilities," said Karim Rahimi, a spokesman for Karzai.

Senior military officials and members of Congress have said in recent days that the goal is to reduce the population at Guantanamo to a point at which the detainees who are the highest security risks can be held at the modern prison buildings there, while the rest of the facility could be "mothballed" for possible future use. Guantanamo's Camp V and the future Camp VI are modeled after U.S. domestic prisons.

In a military fact sheet about "the future" of Guantanamo, developed in early July, defense officials indicated that the operational priority of the facility is to shift from intelligence gathering to long-term detention.

The document noted that "the significant majority of detainees are no longer regularly interrogated" and that officials expect the population to decrease.

"The way that we've looked at it is that in waging the war against al Qaeda and the Taliban, we will

continue to capture enemy fighters and need to prevent them from returning to the battlefield," Waxman said. "But it need not be the U.S. who detains them for the long term."

*Correspondent N.C. Aizenman in Kabul and researcher Julie Tate in Washington contributed to this report.*

© 2005 The Washington Post Company

**Advertising Links**                                                                 What's this?

**Save on All Your Calls with Vonage**
When looking for local regional and long distance calling, use Vonage to make calls to all 50 states and Canada. Get voicemail, great international rates and more. Sign up today.
www.vonage.com

**MyCashNow - $100 - $1,500 Overnight**
Payday Loan Cash goes in your account overnight. Very low fees. Fast decisions. Direct deposit is not required. No credit check. Confidential - secure.
www.mycashnow.com

**Refinance Rates Hit Record Lows**
Get $150,000 loan for $720 per month. Refinance while rates are low.
www.lowermybills.com

# EXHIBIT B

**The New York Times**
nytimes.com

August 6, 2005

# Guantánamo Detention Site Is Being Transformed, U.S. Says

By NEIL A. LEWIS

WASHINGTON, Aug. 5 - In a few years, Pentagon officials say, the detention center at Guantánamo Bay, Cuba, will have undergone a radical transformation.

The sprawling detention site known as Camp Delta, with its watchtowers, double-wide trailers housing rows of steel cells and interrogation rooms will be mostly demolished.

Instead, a sharply reduced inmate population of those the military considers the most hard-core will inhabit two nearby hard-walled modern prisons. The newest of those, which is still under construction, is modeled on a modern county jail in Michigan and is designed to counter international criticism of Guantánamo as inhumane and, to some, a symbol of American arrogance.

The first step in changing the character of Guantánamo, officials say, is to relocate many of the 520 detainees. As part of that effort, Defense and State Department officials said this week that they had reached agreement with Afghanistan to transfer 110 Afghan detainees to their home country. Eventually, the population will be reduced to 320, the capacity of the permanent prison buildings.

Under the agreement, the United States will help the Afghan government build new prisons and train correction personnel; in return, the Afghan government has pledged to ensure that the transferred prisoners are not freed to fight against the United States or allied governments.

"We know that there will be a number of individuals that cannot be released because of a high degree of certainty they would return to the battlefield," Bryan Whitman, a senior Pentagon spokesman, said on Friday. "We're looking for ways to share that responsibility with our coalition partners," he said.

The agreement with Afghanistan is the first such understanding. The Defense and State Departments are also negotiating to move many inmates to Saudi Arabia and Yemen, but officials who spoke on the condition of anonymity because it involved diplomatic negotiations said those talks had not yet progressed to the same stage as those in Afghanistan.

Mr. Whitman said the Afghan agreement also covered 350 Afghan prisoners now being held by American forces at a detention center at the Bagram air base in Afghanistan.

The United States has transferred more than 200 Guantánamo prisoners to their home countries, some of whom were then released and some of whom were reimprisoned. The new transfers to Afghanistan, Yemen and Saudi Arabia would be explicitly for those countries to take over the detention and not release any individuals immediately.

Mr. Whitman said that Afghan government officials would have the authority to release any of those prisoners eventually, but that they had agreed "to take necessary steps under Afghanistan law to

prevent any of these individuals from returning to the battlefield."

Amnesty International, a group that presses human rights concerns on behalf of prisoners throughout the world, sharply criticized the Pentagon's plans to transfer custody of many detainees to Afghanistan.

The group said on Friday that the detainees might face torture and other human rights abuses at the hands of the Afghan government.

"No government should force people to return to a country where they may be at risk of human rights abuses," said Sharon Critoph, an Amnesty International official.

The State Department's annual reports "show serious human rights violations in all three of the countries to which it is planning to return detainees," Ms. Critoph said.

Some detainees are already housed in one of the new prisons at Guantánamo known as Camp Five, which has the capacity for 100 detainees. Camp Six, with a capacity of 220, is not yet complete.

Camp Six is modeled after the jail in Lenawee County, Mich., and unlike Camp Five and most of Camp Delta, the prisoners will, for the most part, sleep and eat in a communal setting.

Cmdr. Anne M. W. Reese, the construction chief for the Guantánamo command, said in a recent interview that the new prison would have "more compliance with the Geneva Conventions."

"It will have more concern for the quality of life" than Camp Delta, Commander Reese said.

The building, for example, will have its own medical and dental clinic, she said.

Under current American policy, the prisoners at Guantánamo can be held indefinitely without being charged with a crime, although that issue is being litigated in federal courts.

Commander Reese said the prison would comply with guidelines for American correctional facilities. Camp Delta, she said, was decaying beyond repair because of its exposure to the elements and because it was built on unstable coral.

Brig. Gen. Jay W. Hood, the commander of the Guantánamo detention operation, visited the Lenawee County Jail in January, county officials said.

Capt. Jack Welsh, the administrator of the Michigan jail, said it generally resembled dormitories. Convicts may only serve up to a year in the jail because it is a county facility, Captain Welsh said.

Copyright 2005 The New York Times Company  |  Home  |  Privacy Policy  |  Search  |  Corrections  |  **XML**  | !