UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NASSER MAZYAD ABDULLAH AL-SUBAIY,** *et al.*, | : |
| Petitioners/Plaintiffs, | : |
| v. | : Civil Action No. 05-1453 (GK) |
| **GEORGE W. BUSH,** *et al.*, | : |
| Respondents/Defendants. | : |

### ORDER

Upon consideration of the Respondents' Objection to Petitioners' Related Case Designation, and Petitioners' Opposition to Respondents' Objection, it is this 19th day of August, 2005, hereby

**ORDERED**, that the Respondents' Objection is **sustained**; and it is further

**ORDERED**, that the Clerk of Court is to randomly reassign this case.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**