## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH ABDULLA AL-OSHAN, *et al.*, <br><br>Petitioners/Plaintiffs, <br><br>v. <br><br>GEORGE W. BUSH, *et al.*, <br><br>Respondents/Defendants. | Civil Action No. 05-0520 (RMU) |
| NASSER MAZYAD AL-SUBAIY, *et al.*, <br><br>Petitioners/Plaintiffs, <br><br>v. <br><br>GEORGE W. BUSH, *et al.*, <br><br>Respondents/Defendants. | Civil Action No. 05-CV-1453 (RMU) |
| ABDULSALAM ALI ABDULRAMAN AL-HELA, *et al.*, <br><br>Petitioners/Plaintiffs, <br><br>v. <br><br>GEORGE W. BUSH, *et al.*, <br><br>Respondents/Defendants. | Civil Action No. 05-CV-1048 (RMU) |
| SAEED MOHAMMED SALEH HATIM, *et al.*, <br><br>Petitioners/Plaintiffs, <br><br>v. <br><br>GEORGE W. BUSH, *et al.*, <br><br>Respondents/Defendants. | Civil Action No. 05-CV-1429 (RMU) |

| | |
|---|---|
| SALIM MOHAMMED ADAM BIN AMIR, *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents/Defendants. | Civil Action No. 05-CV-1724 (RMU) |

## NOTICE OF FILING

NOTICE is hereby given that, pursuant to the Protective Orders applicable to these cases, Petitioners on this date have filed with the Court Security Office a Reply Memorandum In Support of Their Motion to Compel Information Related to Medical Treatment for review for suitability for public filing.

Dated: New York, New York
       September 28, 2005

                                        Respectfully submitted,

                                        **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

                                        By:
                                        _____/s/_____
                                        Julia Tarver (NY0029)
                                        Jennifer Ching
                                        Andrea J. Prasow

                                        1285 Avenue of the Americas
                                        New York, New York 10019-6064
                                        (212) 373-3000

                                        *Counsel for Petitioners Al-Oshan, et al. and Al-Subaiy*

**COVINGTON & BURLING**
David H. Remes
D.C. Bar No. 370782
1201 Pennsylvania Ave. NW
Washington, DC 20004
(202) 662-5212

Marc D. Falkoff
D.C. Bar. No. 491149
1330 Avenue of the Americas
New York, NY 10019
(212) 841-1166

*Counsel for Petitioners Al-Hela, et al.*
       *and Hatim, et al.*

**DEBEVOISE & PLIMPTON LLP**
John B. Missing (Bar No. 425469)
Jennifer C. Argabright (Bar. No. 480763)
555 13th Street, N.W. Ste 1100E
Washington, D.C. 20004-1169
(202) 383-8000

Jeffrey I. Lang
Jennifer R. Cowan
Ellen A. Hochberg
Tatia L. Miller
Hadassa Waxman
919 Third Avenue
New York, NY 10022
(212) 909-6000

*Of Counsel*

**CENTER FOR CONSTITUTIONAL RIGHTS**
Barbara Olshansky
Gitanjali Gutierrez
666 Broadway, 7th Floor
New York, New York 10012
(212) 614-6439

*Counsel for Petitioners Bin Amir et al.*