IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NASSER MAZYAD ABDULLAH AL-SUBAIY, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-CV-1453 (RMU) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

**RESPONDENTS' MOTION FOR AN EXTENSION OF TIME TO SUBMIT
CLASSIFIED VERSIONS OF THE FACTUAL RETURN PERTAINING
TO PETITIONER NASSER MAZYAD ABDULLAH AL-SUBAIY**

COME NOW Respondents, by and through their undersigned counsel, and respectfully request that the Court grant them a four-day extension of time, through and including November 7, 2005, in which to submit the classified versions of the factual return pertaining to petitioner Nasser Mazyad Abdullah Al-Subaiy. Respondents will submit the unclassified version of the factual return on November 3, 2005, as required by the Court's September 19, 2005 Order (dkt. no. 14). Counsel for petitioner and respondents have conferred by telephone, and petitioner's counsel opposes the relief requested herein. As grounds for this motion, respondents state as follows:

1.  This case is a petition for a writ of habeas corpus filed on behalf of an alien detained at Guantanamo Bay as an enemy combatant, and is one of over 170 such cases brought on behalf of individuals detained at Guantanamo Bay in connection with hostilities involving al Qaeda, the Taliban, and their supporters.

2. On July 29, 2005, respondents filed a motion to stay proceedings in this case pending resolution of all appeals in Khalid v. Bush, Boumediene v. Bush, Nos. 04-CV-1142 (RJL), 04-CV-1166 (RJL), 355 F. Supp. 2d 311 (D.D.C. 2005), appeals docketed, Nos. 05-5062, 05-5063 (D.C. Cir. Mar. 2, 2005), and In re Guantanamo Detainee Cases, No. 02-CV-0299, et al., 355 F. Supp. 2d 443 (D.D.C. 2005), appeal on petition for interlocutory appeal, No. 05-5064 (D.C. Cir. Mar. 10, 2005) (dkt. no. 6).

3. On September 19, 2005, the Court granted respondents' motion to stay, but also ordered respondents to file a factual return pertaining to petitioner within 45 days of the order (dkt. no. 14).

4. Respondents respectfully request that they be granted a four-day extension of time, until and including November 7, 2005, to submit the classified versions of the factual return pertaining to petitioner Al-Subaiy. As explained in respondents' motion to stay, the preparation and submission of factual returns is a labor-intensive process. Each factual return must be obtained from the Department of Defense ("DoD"), and then reviewed by agencies who provided source information to DoD to ensure that information disclosed to counsel in the returns is in accordance with all applicable statutes, regulations and Executive Orders. Certain individuals involved in this agency review process will be unable to complete their review of the factual return pertaining to petitioner Al-Subaiy by November 3, 2005. Thus, although respondents will submit the unclassified version of this factual return by November 3, 2005, respondents request a brief extension in order to complete the review process for the classified

versions of the factual returns so that they may be made available to the Court[1] and cleared counsel (who are based in New York City and must review the classified version in the secure facility) in accordance with all applicable statutes, regulations, and Executive Orders.

WHEREFORE, for the reasons stated herein, respondents respectfully request that the Court grant them a four-day extension of time, through and including November 7, 2005, in which to submit the classified versions of the factual return pertaining to petitioner Nasser Mazyad Abdullah Al-Subaiy.  Respondents will submit the unclassified version of the factual return by November 3, 2005, as ordered by the Court.  A proposed order is attached.

Dated: November 2, 2005        Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice

---

[1] Respondents request an extension to submit the *in camera* version of the factual return because the highlighting contained therein will be based, in part, on the version of the factual return made available to counsel in the secure facility.

Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents