IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NASSER MAZYAD ABDULLAH<br>AL-SUBAIY, *et al.,*<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.,*<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-CV-1453 (RMU) |

**(PROPOSED) ORDER**

Having considered Respondents' Motion for an Extension of Time to Submit Classified Versions of the Factual Return Pertaining to Petitioner Nasser Mazyad Abdullah Al-Subaiy, it is hereby

ORDERED that Respondents' Motion is GRANTED.  Respondents shall submit the classified versions of the factual return pertaining to petitioner Nasser Mazyad Abdullah Al-Subaiy on or before November 7, 2005.  Respondents shall submit the unclassified version of the factual return by November 3, 2005.

Dated: _____          _____
                                                          RICARDO M. URBINA
                                                          United States District Judge