*PREVIOUSLY FILED WITH CSO
AND CLEARED FOR PUBLIC FILING*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER MAZYAD AL-SUBAIY, *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents/Defendants. | Civil Action No. 05-CV-1453 (RMU) |

**PETITIONERS' OPPOSITION TO RESPONDENTS' MOTION FOR AN
EXTENSION OF TIME BEYOND THE 45 DAYS ALREADY GRANTED**

Petitioners hereby oppose Respondents' Motion for an Extension of Time to Submit Classified Versions of the Factual Return Pertaining to Petitioner Nasser Mazyad Abdullah Al-Subaiy.

Respondents have had forty-five (45) days to prepare a single factual return. By their own admission, Respondents have already reviewed Petitioner Al-Subaiy's entire factual return for classification purposes and are prepared to file the redacted, unclassified version in the public domain on November 3, 2005 – the Court-ordered date. (Resp. Mot. ¶ 4.) Respondents have no basis for withholding the entire classified factual return from Petitioners' counsel; thus, the entire factual return should be deposited in the secure facility for Petitioners' counsel – all of whom have security clearance – to review.[1] In anticipation of the filing, Petitioners' counsel scheduled a visit

---

[1] Respondents also have no basis for providing the Court with a different version of the classified factual return than that provided to Petitioners' counsel. *See* Resp. Mot. n.1.

to the secure facility in Washington, D.C. for November 4, 2005. Respondents should not be permitted to flout this Court's order which set a reasonable deadline for production of the factual return. If Respondents wish to file an additional, redacted classified return on November 7th, they may do so, although Petitioners reserve the right to object thereto after review.

**WHEREFORE**, for the above-stated reasons and for any other reason that may become known to the Court, Petitioners respectfully request the Court deny Respondents' motion for an extension of time.

Dated: New York, New York
       November 2, 2005

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:
_____/s/_____
Julia Tarver (NY0029)
Jennifer Ching
Andrea J. Prasow

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Counsel for Petitioners*