IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER MAZYAD ABDULLAH AL-SUBAIY, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-1453 (RMU) |

**RESPONDENTS' FACTUAL RETURN TO PETITION FOR WRIT OF HABEAS CORPUS BY PETITIONER NASSER MAZYAD ABDULLAH AL-SUBAIY**

Respondents hereby submit, as explained herein, the final record of proceedings before the Combatant Status Review Tribunal pertaining to petitioner Nasir Maziyad Abdallah Al Qurayshi Al Asubayi (listed in the petition as Nasser Mazyad Abdullah Al-Subaiy) as a factual return to petitioner's petition for writ of habeas corpus.  For the reasons explained in the record, petitioner Nasir Maziyad Abdallah Al Qurayshi Al Asubayi has been determined to be an enemy combatant.  Accordingly, petitioner Nasir Maziyad Abdallah Al Qurayshi Al Asubayi is lawfully subject to detention pursuant to the President's power as Commander in Chief or otherwise, and is being detained.

The portion of the record suitable for public release is attached hereto.  See Exhibit A. The remaining portions of the record, including information that is classified or not suitable for public release, will be submitted under seal through the Court Security Officers on November 7, 2005, as ordered by the Court.  See Minute Order dated November 3, 2005 (granting Respondents' Motion for Extension of Time to Submit Classified Versions of the Factual Return

Pertaining to Petitioner Nasser Mazyad Abdullah Al-Subaiy). On November 7, 2005, one copy of the classified factual return will be submitted to the Court for *in camera* review. Another copy of the classified factual return, containing classified information suitable for disclosure to counsel under seal, will be made available to petitioner's counsel who have been issued security clearances, consistent with the Protective Order. See Order dated September 19, 2005 (applying Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba in In re Guantanamo Detainee Cases, No. 02-CV-0299 (D.D.C. Nov. 8, 2004), and related orders, to this case). Any redactions made in the classified factual return will be explained in the declaration(s)/certification(s) submitted therewith. Both copies of the classified factual return will contain highlighting, explained therein, consistent with the Court's Order for Specific Disclosures Relating to Respondents' Motion to Designate as "Protected Information" Unclassified Information and Petitioners' Motion for Access to Unredacted Factual Returns, entered on December 8, 2004 by Judge Green in the coordinated cases. Respondents will designate certain highlighted, unclassified information in the classified factual return as "protected information" under the Protective Order. Pursuant to the Protective Order, once counsel for petitioner has reviewed the factual return and counsel for the parties have conferred, respondents will file a motion requesting that the Court designate the information in the factual return as "protected" pursuant to the Protective Order.[1]

    For the reasons explained in the factual return, petitioner Nasir Maziyad Abdallah Al Qurayshi Al Asubayi has been determined to be an enemy combatant and is, therefore, lawfully subject to detention pursuant to the President's power as Commander in Chief or otherwise.

---

[1] Pursuant to the Protective Order, respondents will disclose this information to petitioner's counsel, who shall treat such information as "protected" unless and until the Court rules that the information should not be designated as "protected."

Accordingly, the petition for writ of habeas corpus should be dismissed and the relief sought therein denied.

Dated: November 3, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents