**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NASSER MAZYAD ABDULLAH AL-SUBAIY et al., <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents. | Civil Action No. 05-1453 (RMU) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that the Notice of Appeal filed on November 18, 2005, was served via electronic mail on counsel for petitioner on November 21, 2005, as follows:

Julia L. Tarver
Andrea Prasow
Jennifer Ching
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 Avenue of the Americas
Ste. 2825
New York, N.Y. 10019-6064
jtarver@paulweiss.com
aprasow@paulweiss.com
jching@paulweiss.com

The original certificate of service erroneously indicated that counsel was served via electronic mail on November 18, 2005.

Dated: November 21, 2005.

Respectfully submitted,

*Marc A. Perez*

MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch
One of the Attorneys for Respondents