**EXHIBIT B**

From: Terry.Henry@usdoj.gov [mailto:Terry.Henry@usdoj.gov]
Sent: Fri 6/30/2006 5:27 PM
To: Barbara Olshansky
Cc: Andrew.Warden@usdoj.gov; Gitanjali Gutierrez
Subject: Information for counsel

Barbara,

The information below is for the information of all counsel in Guantanamo habeas cases. Would you be so kind as to post it on your listserv? Thanks very much.

Terry


Dear Counsel:

I am writing to inform you regarding certain matters related to documents kept by detainees purportedly as privileged legal materials. First, as you are aware, late last month an incident involving a coordinated violent assault of Guantanamo guard personnel occurred in Camp 4. During the attack and ensuing melee between detainees and guard personnel, a number of bins used for storage of personal items of detainees, including legal mail materials, were disrupted and their contents scattered in the affected bay(s) of Camp 4. During the clean-up after the incident by Guantanamo personnel, materials, including some legal mail, were found to have been contaminated with biologically hazardous matter, such as feces and bodily fluids, that were used by detainees in the attack. These contaminated materials were destroyed for health and safety reasons. In addition, other materials gathered in the clean-up were not readily associable with a particular detainee and, thus, were not able ! to be properly returned to a particular detainee's storage bin.

Second, as a result of the ongoing Naval Criminal Investigative Service investigation pertaining to the recent suicides at Guantanamo, on or about June 14, 2006, documents of all detainees classified as enemy combatants, including legal mail, were impounded for purposes of the investigation. Respondents anticipate filing a motion regarding the disposition of legal mail materials in the next several days. In the meantime, legal mail deliveries to detainees post-June 14, 2006, are continuing.

Finally, on a separate note, Guantanamo will no longer schedule habeas detainee interviews on Saturday and Sunday. Interviews will be conducted only Monday-Friday. Weekend arrivals to the base will be permitted and counsel may, if necessary, stay at the base over the weekend to conclude interviews the following week. Nonetheless, absent logistical or operational conflicts, previously-approved visits for July and August will remain as presently scheduled.

Regards,

Terry M. Henry
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
Tel. 202.514.4107