## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJID ABDULLA AL-JOUDI, *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents/Defendants. | Civil Action No. 05-301 (GK) |
| SALEH ABDULLA AL-OSHAN, *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents/Defendants. | Civil Action No. 05-520 (RMU) |
| NASSER MAZYAD ABDULLAH AL-SUBAIY,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents/Defendants. | Civil Action No. 05-1453 (RMU) |
| FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents/Defendants. | Civil Action No. 05-2458 (RWR) |

**PETITIONERS' NOTICE REGARDING THE UNCONSTITUTIONALITY OF THE MILITARY COMMISSIONS ACT OF 2006**

Petitioners respectfully give notice that at the appropriate time they intend to argue, *inter alia*, that the Military Commissions Act of 2006, Pub. L. No. 109-366 ("MCA"), which purports to suspend the right of habeas corpus "of an alien detained by the United States who has been determined by the United States to have been properly detained as an enemy combatant or is awaiting such determination," *id.* at Sec. 7, is invalid under the Suspension Clause, Article I, Sec. 9, Clause 2, of the United States Constitution. The constitutional validity of the MCA is currently being briefed before the District of Columbia Circuit Court of Appeals in the pending appeals, *Boumediene* v. *Bush*, No. 05-5062 (D.C. Cir.), and *Al Odah* v. *United States*, No. 05-5064 (D.C. Cir.), resolution of which Petitioners in the above-captioned cases await.

Dated: October 31, 2006

Respectfully submitted,

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By: __/s/_____

Julia Tarver Mason(NY0029)
Martin Flumenbaum
Jennifer Ching
Jana C. Ramsey

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000