IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NASSER MAZYAD AL-SUBAIY, *et al.*, <br><br>                Petitioners, <br><br>        v. <br><br> GEORGE W. BUSH, <br> President of the United States, *et al.*, <br><br>                Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1453 (RMU) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING OF PROTECTED INFORMATION

NOTICE is hereby given that, pursuant to the protective orders entered herein by the Court's Order of July 26, 2005 (dkt no. 4), respondents have filed with the Court Security Office a submission which they seek to have designated as "protected information" pursuant to the protective orders. The submission cannot be described in any greater detail without disclosing the substance of the protected information. As required by the protective orders, respondents have disclosed the protected information to petitioners' counsel.

Dated: January 31, 2007         Respectfully submitted,

                                PETER D. KEISLER
                                Assistant Attorney General

                                DOUGLAS N. LETTER
                                Terrorism Litigation Counsel

                                  /s/ Andrew I. Warden
                                JOSEPH H. HUNT (D.C. Bar No. 431134)
                                VINCENT M. GARVEY (D.C. Bar No. 127191)

TERRY M. HENRY
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar. No. 23840-49)
NICHOLAS J. PATTERSON
EDWARD H. WHITE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents