IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY

Misc. No. 08-0444 (TFH)

Civil Action Nos.
05-CV-0301 (GK)
05-CV-1453 (RMU)
05-CV-2458 (RWR)

## STATUS REPORT

Petitioners respectfully submit this report in response to the Court's Order of July 3, 2008, directing counsel for petitioners and the government to file status reports on pending issues relating to petitioners who were previously detained at the United States Naval Station in Guantánamo Bay, Cuba. This status report is filed on behalf of petitioners in the following cases: *Al Joudi* v. *Bush*, 05-CV-0301 (GK); *Al Subaiy* v. *Bush*, 05-CV-1453 (RMU); *Al Shareef* v. *Bush*, 05-CV-2458 (RWR).

All of the four petitioners who appear in the case captioned *Al Joudi* v. *Bush*, 05-CV-0301 (GK) have now been transferred back to the Kingdom of Saudi Arabia. On January 7, 2008, Judge Kessler directed petitioners to show cause why their petition should not be dismissed as moot. Petitioners responded on January 22, 2008, objecting to the dismissal in light of the collateral consequences suffered by petitioners. The Government responded on March 20, 2008, arguing that the case should be dismissed. On March 26, 2008, Judge Kessler dismissed the petition. Petitioners in *Al*

*Joudi* reserve the right to move for reconsideration under Rule 60(b) of the Federal Rules of Civil Procedure in the event that discovery reveals any new evidence regarding the collateral consequences of petitioners' designation as enemy combatants.

Nasser Al-Subaiy, the petitioner in the action captioned *Al Subaiy* v. *Bush*, 05-CV-1453 (RMU), was transferred to Saudi Arabia on or about February 22, 2007. On September 20, 2007, Judge Urbina dismissed each habeas case pending before him, without prejudice, on the grounds that *Boumediene* v. *Bush*, 476 F.3d 981, 984 (D.C. Cir. 2007), deprived the court of jurisdiction over the habeas petitions. In light of the Supreme Court's intervening ruling in *Boumediene* v. *Bush*, 128 S.Ct. 2229, 2240 (2008), which reversed the Court of Appeals, petitioner reserves the right to move for reconsideration under Rule 60(b) of the Federal Rules of Civil Procedure.

Petitioners in the action captioned *Al Shareef* v. *Bush*, 05-CV-2458 (RWR), Fahd Al Shareef and Hani Al Gamdi, were transferred to the Kingdom of Saudi Arabia on or about October 29, 2007. Without waiver of any rights to pursue any appropriate relief for their illegal and unconstitutional imprisonment in Guantánamo and without prejudice to petitioners' positions regarding their enemy combatant designations, these petitioners do not intend to pursue their habeas case at this time.

Dated: New York, New York
      July 14, 2008

                                              Respectfully submitted,

                                              **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

                                              By:  /s/ Julia Tarver Mason
                                                      Martin Flumenbaum
                                                      Julia Tarver Mason
                                                      jmason@paulweiss.com

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Counsel for Petitioners